UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
STEPHEN PARK, et al.                                    Case No: 20-cv-00077-BMC


                            Plaintiffs,


            -against-


EDWARD SONG, et al.                                    <u>**NOTICE OF MOTION**</u>


                            Defendants.
-------------------------------------------------------------X

        **PLEASE TAKE NOTICE**, that upon the annexed Declaration of Lawrence F.

Morrison, Esq., and upon the annexed Memorandum of Law, Defendant Aegis 42, LLC, by and

through its undersigned attorneys Morrison Tenenbaum PLLC, hereby moves (the "Motion") for

entry of an order pursuant to 28 U.S.C. §§ 157(a) and 1334, and the *Standing Order of*

*Reference*, Administrative Order #601 (E.D.N.Y. Dec. 5, 2012) (Amon, C.J.) of the United

States District Court for the Eastern District of New York referring this action to the United

States Bankruptcy Court for the Eastern District of New York.

        **PLEASE TAKE FURTHER NOTICE**, that any responses or objections to the Motion

must be in writing, shall conform to the Federal Rules of Civil Procedure and the Local Rules of

the District Court, and pursuant to Fed. R. Civ. P. 6(c)(1)(C) and Local Civil Rule 6.1.

Dated: New York, New York
February 11, 2020

MORRISON TENENBAUM PLLC

By: ___/s/ Lawrence F. Morrison___
Lawrence F. Morrison
Brian J. Hufnagel
87 Walker Street, Floor 2
New York, New York 10013
Tel.: (212) 620-0938
lmorrison@m-t-law.com
bjhufnagel@m-t-law.com
*Bankruptcy Counsel for*
*Defendant Aegis 42, LLC*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
STEPHEN PARK, et al.                                        Case No: 20-cv-00077-BMC

                              Plaintiffs,

              -against-

EDWARD SONG, et al.                                         **<u>DECLARATION</u>**

                              Defendants.
-------------------------------------------------------------X

          Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the following is true and correct:

1.        I am a member of the firm Morrison Tenenbaum, PLLC, 87 Walker Street, New York, New York 10013, attorneys of record for defendant Aegis 42, LLC ("Corporate Defendant").

2.        I submit this Declaration in support of Corporate Defendant's motion for entry of an order pursuant to 28 U.S.C. §§ 157(a) and 1334, and the *Standing Order of Reference*, Administrative Order #601 (E.D.N.Y. Dec. 5, 2012) (Amon, C.J.) of the United States District Court for the Eastern District of New York referring this action to the United States Bankruptcy Court for the Eastern District of New York and to supply the Court with the documents referenced in the motion.

3.        Attached hereto as Exhibit "A" is a true and correct copy of the notice of bankruptcy case filing regarding the Chapter 11 bankruptcy case filed on December 23, 2019, by Aegis 42, LLC.

4.      Attached hereto as Exhibit "B" is a true and correct copy of the notice of bankruptcy case filing regarding the Chapter 11 bankruptcy case filed on February 6, 2020, by Grand Koast LLC.

5.      Attached hereto as Exhibit "C" is a true and correct copy of the notice of bankruptcy case filing regarding the Chapter 11 bankruptcy case filed on February 6, 2020 by Koast LLC.

6.       Attached hereto as Exhibit "D" is a true and correct copy of the notice of bankruptcy case filing regarding the Chapter 11 bankruptcy case filed on February 6, 2020 by Kommissary LLC.

7.      Attached hereto as Exhibit "E" is a true and correct copy of the notice of bankruptcy case filing regarding the Chapter 11 bankruptcy case filed on February 6, 2020 by 3E LLC.

8.      Attached hereto as Exhibit "F" is a true and correct copy of the notice of bankruptcy case filing regarding the Chapter 11 bankruptcy case filed on January 15, 2020 by Korilla LLC.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
February 11, 2020

Respectfully submitted,

**MORRISON TENENBAUM PLLC**

By: /s/ Lawrence F. Morrison
Lawrence F. Morrison
87 Walker Street, Floor 2
New York, NY  10013
T. (212) 620-0938
F. (646) 390-5095
*Bankruptcy Counsel for*
*Defendant Aegis 42, LLC*

**EXHIBIT A**
**AEGIS 42, LLC NOTICE OF BANKRUPTCY CASE**
**FILING**

United States Bankruptcy Court
Eastern District of New York

## Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 12/23/2019 at 8:42 PM and filed on 12/23/2019.

**AEGIS 42, LLC**
2 METROTECH CTR
BROOKLYN, NY 11201
Tax ID / EIN: 81-3824392

The case was filed by the debtor's attorney:

**Lawrence Morrison**
87 Walker Street Floor 2
New York, NY 10013
212-620-0938

The case was assigned case number 1-19-47698-ess to Judge Elizabeth S. Stong.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page https://ecf.nyeb.uscourts.gov/ or at the Clerk's Office, 271-C Cadman Plaza East, Suite 1595, Brooklyn, NY 11201-1800.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Robert A. Gavin, Jr.**
**Clerk, U.S. Bankruptcy Court**

| PACER Service Center |
|---|
| Transaction Receipt |
| 12/24/2019 12:51:45 |

| | | | |
|---|---|---|---|
| **PACER Login:** | lfmorrison2007:2588979:0 | **Client Code:** | |
| **Description:** | Notice of Filing | **Search Criteria:** | 1-19-47698-ess |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

# EXHIBIT B
# GRAND KOAST LLC NOTICE OF BANKRUPTCY CASE FILING

United States Bankruptcy Court
Eastern District of New York



## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was
filed under Chapter 11 of the United States Bankruptcy
Code, entered on 02/06/2020 at 5:58 PM and filed on
02/06/2020.

**GRAND KOAST LLC**
230 Park Avenue
New York, NY 10169
Tax ID / EIN: 82-1312724

The case was filed by the debtor's attorney:

**Lawrence Morrison**
87 Walker Street Floor 2
New York, NY 10013
212-620-0938

The case was assigned case number 1-20-40806.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against
the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at
all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take
other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights
in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our
Internet home page https://ecf.nyeb.uscourts.gov/ or at the Clerk's Office, 271-C Cadman Plaza East, Suite 1595,
Brooklyn, NY 11201-1800.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth
important deadlines.

**Robert A. Gavin, Jr.**
**Clerk, U.S. Bankruptcy Court**

| **PACER Service Center** |
|---|
| **Transaction Receipt** |
| 02/06/2020 17:58:42 |

| PACER Login: | lfmorrison2007:2588979:0 | Client Code: | |
|---|---|---|---|
| Description: | Notice of Filing | Search Criteria: | 1-20-40806 |
| Billable Pages: | 1 | Cost: | 0.10 |

**EXHIBIT C**
**KOAST LLC NOTICE OF BANKRUPTCY CASE FILING**

United States Bankruptcy Court
Eastern District of New York



## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was
filed under Chapter 11 of the United States Bankruptcy
Code, entered on 02/06/2020 at 5:52 PM and filed on
02/06/2020.

**KOAST LLC**
672 Lexington Avenue
New York, NY 10022
Tax ID / EIN: 81-4799541

The case was filed by the debtor's attorney:

**Lawrence Morrison**
87 Walker Street Floor 2
New York, NY 10013
212-620-0938

The case was assigned case number 1-20-40805.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against
the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at
all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take
other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights
in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our
*Internet* home page https://ecf.nyeb.uscourts.gov/ or at the Clerk's Office, 271-C Cadman Plaza East, Suite 1595,
Brooklyn, NY 11201-1800.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth
important deadlines.

**Robert A. Gavin, Jr.**
**Clerk, U.S. Bankruptcy Court**

| PACER Service Center |
| --- |
| Transaction Receipt |
| 02/06/2020 17:53:06 |

| **PACER Login:** | lfmorrison2007:2588979:0 | **Client Code:** | |
| **Description:** | Notice of Filing | **Search Criteria:** | 1-20-40805 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

# EXHIBIT D
# KOMMISSARY LLC NOTICE OF BANKRUPTCY CASE FILING

United States Bankruptcy Court
Eastern District of New York

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was
filed under Chapter 11 of the United States Bankruptcy
Code, entered on 02/06/2020 at 5:37 PM and filed on
02/06/2020.

**KOMMISSARY LLC**
23 3rd Avenue
New York, NY 10003
Tax ID / EIN: 81-4763243



The case was filed by the debtor's attorney:

**Lawrence Morrison**
87 Walker Street Floor 2
New York, NY 10013
212-620-0938

The case was assigned case number 1-20-40802.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against
the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at
all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take
other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights
in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our
*Internet* home page https://ecf.nyeb.uscourts.gov/ or at the Clerk's Office, 271-C Cadman Plaza East, Suite 1595,
Brooklyn, NY 11201-1800.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth
important deadlines.

**Robert A. Gavin, Jr.**
**Clerk, U.S. Bankruptcy Court**

| **PACER Service Center** |
|---|
| **Transaction Receipt** |
| 02/06/2020 17:38:38 |

| PACER Login: | lfmorrison2007:2588979:0 | Client Code: | |
|---|---|---|---|
| Description: | Notice of Filing | Search Criteria: | 1-20-40802 |
| Billable Pages: | 1 | Cost: | 0.10 |

**EXHIBIT E**
**3E LLC NOTICE OF BANKRUPTCY CASE FILING**

United States Bankruptcy Court
Eastern District of New York

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was
filed under Chapter 11 of the United States Bankruptcy
Code, entered on 02/06/2020 at 5:46 PM and filed on
02/06/2020.



**3E LLC**
2 Metrotech Center
Brooklyn, NY 11201
Tax ID / EIN: 81-3292913

The case was filed by the debtor's attorney:

**Lawrence Morrison**
87 Walker Street Floor 2
New York, NY 10013
212-620-0938

The case was assigned case number 1-20-40804.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against
the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at
all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take
other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights
in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our
*Internet* home page https://ecf.nyeb.uscourts.gov/ or at the Clerk's Office, 271-C Cadman Plaza East, Suite 1595,
Brooklyn, NY 11201-1800.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth
important deadlines.

**Robert A. Gavin, Jr.**
**Clerk, U.S. Bankruptcy Court**

| PACER Service Center |
| --- |
| Transaction Receipt |
| 02/06/2020 17:47:23 |

| PACER Login: | lfmorrison2007:2588979:0 | Client Code: | |
|---|---|---|---|
| Description: | Notice of Filing | Search Criteria: | 1-20-40804 |
| Billable Pages: | 1 | Cost: | 0.10 |

**EXHIBIT F**
**KORILLA LLC NOTICE OF BANKRUPTCY CASE**
**FILING**

United States Bankruptcy Court
Eastern District of New York

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was
filed under Chapter 11 of the United States Bankruptcy
Code, entered on 01/15/2020 at 6:02 PM and filed on
01/15/2020.

**KORILLA LLC**
2 METROTECH CENTER
Brooklyn, NY 11201
Tax ID / EIN: 27-2966349



The case was filed by the debtor's attorney:

**Lawrence Morrison**
87 Walker Street Floor 2
New York, NY 10013
212-620-0938

The case was assigned case number 1-20-40268.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against
the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at
all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take
other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights
in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our
*Internet* home page https://ecf.nyeb.uscourts.gov/ or at the Clerk's Office, 271-C Cadman Plaza East, Suite 1595,
Brooklyn, NY 11201-1800.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth
important deadlines.

**Robert A. Gavin, Jr.**
**Clerk, U.S. Bankruptcy Court**

| PACER Service Center |
| --- |
| Transaction Receipt |
| 01/15/2020 18:02:59 |

| | | | |
|---|---|---|---|
| **PACER Login:** | lfmorrison2007:2588979:0 | **Client Code:** | |
| **Description:** | Notice of Filing | **Search Criteria:** | 1-20-40268 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
STEPHEN PARK, et al.                                  Case No: 20-cv-00077-BMC


                           Plaintiffs,


             -against-


EDWARD SONG, et al.



                           Defendants.
------------------------------------------------------------X



**MEMORANDUM OF LAW IN SUPPORT OF MOTION OF
DEFENDANT AEGIS 42, LLC TO REFER THIS ACTION TO
THE UNITED STATES BANKRUPTCY COURT
<u>FOR THE EASTERN DISTRICT OF NEW YORK</u>**




                                    MORRISON TENENBAUM PLLC
                                    87 Walker Street, Floor 2
                                    New York, NY 10013
                                    (212) 620-0938
                                    *Bankruptcy Counsel for*
                                    *Defendant Aegis 42, LLC*


On the Brief:
Lawrence F. Morrison, Esq.
Brian J. Hufnagel, Esq.

## I.      PRELIMINARY STATEMENT

Aegis 42, LLC ("Corporate Defendant") submits this memorandum of law and accompanying Declaration of Lawrence F. Morrison, Esq. ("Morrison Declaration") in support of the Motion of the Corporate Defendant for entry of an order pursuant to 28 U.S.C. §§ 157(a) and 1334, and the *Standing Order of Reference*, Administrative Order #601 (E.D.N.Y. Dec. 5, 2012) (Amon, C.J.) of the United States District Court for the Eastern District of New York, referring this action to the United States Bankruptcy Court for the Eastern District of New York.

Referral of a proceeding to the Bankruptcy Court is automatic in this District for a related proceeding. As discussed below, this action meets the standards for a proceeding related to a bankruptcy proceeding. Accordingly, the Court should refer this action to the Bankruptcy Court where the claims can be resolved in one forum as to all defendants.

## II.      FACTUAL BACKGROUND

Aegis 42, LLC operates a fast food restaurant under the name "Korilla BBQ" located at 2 Metrotech Center, Brooklyn, New York 11201.

Edward Song is the President of Aegis 42, LLC.

Aegis 42, LLC is affiliated with corporate defendants Grand Koast, LLC, Koast LLC, Kommissary LLC, 3E LLC, and Korilla LLC (a/k/a Korilla BBQ LLC).

On February 27, 2017, Stephen Park, Thomas Yang, Paul Lee, and Andrew Chang ("Plaintiffs"), commenced an action by filing a complaint (the "Complaint"), in the Supreme Court of New York, alleging stolen funds, breach of contract, and breach of fiduciary duties.

On September 25, 2019, Plaintiffs filed an Amended Complaint and listed Corporate Defendant Aegis 42, LLC as a Defendant in the action.

The Defendants answered the complaint, disputed the material allegations raised in the complaint, and asserted several affirmative defenses.

On December 23, 2019 (the "Petition Date"), Aegis 42, LLC (also referred to herein as the "Debtor") filed a voluntary petition (the "Bankruptcy Petition") for relief under Chapter 11 of 11 U.S.C. § 101 *et seq.* (the "Bankruptcy Code") in the United States Bankruptcy Court for the Eastern District of New York, Case No. 19-47698 (ESS). A copy of the Aegis 42, LLC Notice of Bankruptcy Case Filing is annexed as Exhibit A to the Morrison Declaration.

The Bankruptcy Case is pending before United States Bankruptcy Judge Elizabeth S. Stong.  The Debtor continues to operate its business and manage its property as a debtor-in-possession pursuant to §§ 1107 and 1108 of the Bankruptcy Code.  No receiver, examiner or creditor's committee has been appointed.

Subsequently, the following corporate defendants also filed for Chapter 11, are affiliates of Aegis 42, LLC, and have Chapter 11 cases currently pending before United States Bankruptcy Judge Elizabeth S. Strong: Grand Koast LLC, Koast LLC, Kommissary LLC, 3E LLC, and Korilla LLC (a/k/a Korilla BBQ LLC) (together with Aegis 42, LLC, the "Debtors"). Copies of the Notices of Bankruptcy Case Filings for each of the corporations herein are annexed as Exhibits B, C, D, E, and F to the Morrison Declaration.

Through the bankruptcy cases, the Debtors intend to liquidate the amount, if any, of Plaintiffs' claims through the claims reconciliation process or settle with the Plaintiffs, resolve the claims of their other creditors, and pay creditors through a plan of reorganization.  *See* 11 U.S.C. § 1123.

### III.    ARGUMENT

Under 28 U.S.C. § 1334, Bankruptcy Courts have broad jurisdiction over proceedings arising under title 11, proceedings arising in a case under title 11, and proceedings related to a case under title 11.  Congress further provided that the District Court could refer all cases in

bankruptcy and any and all related proceedings arising under, in, or related to cases in bankruptcy, to the Bankruptcy Court. 28 U.S.C. §157(a).

In this District, the Standing Order of reference provides that:

> WHEREAS 28 U.S.C. § 157(a) provides that each district court may refer any or all cases under Title 11 and any or all proceedings arising under Title 11, or arising in or related to a case under Title 11, it is hereby
>
> ORDERED that all such cases and proceedings are hereby referred to the Bankruptcy Judges for this District …

Administrative Order #601 (E.D.N.Y. Dec. 5, 2012) (Amon, C.J.)

Thus referral of a proceeding to the Bankruptcy Court is automatic in this District for a related proceeding.

The standard for related to jurisdiction is as follows:

> [A] civil proceeding is related to bankruptcy [if] ... the outcome of that proceeding could conceivably have any effect on the estate being administered in bankruptcy [internal citations omitted]. Thus, the proceeding need not necessarily be against the debtor or against the debtor's property.  An action is related to the bankruptcy if the outcome could alter the debtor's rights, liabilities, options, or freedom of action (either positively or negatively) and which in any way impacts upon the handling and administration of the bankrupt estate.

*In re Adelphia Communications Corp.*, 285 B.R. 127, 136-137 (Bankr. S.D.N.Y. 2002) citing *Weisman v. Southeast Hotel Properties Ltd. Partnership,* 1992 WL 131080, at *3 (S.D.N.Y.1992).

The Second Circuit recently described related to jurisdiction as follows:

> In this Circuit, "a civil proceeding is related to a title 11 case if the action's outcome might have any conceivable effect on the bankrupt estate." *Parmalat Capital Fin. Ltd. v. Bank of Am. Corp.,* 639 F.3d 572, 579 (2d Cir. 2011) (internal quotation marks omitted). "If that question is answered affirmatively, the litigation

> falls within the 'related to' jurisdiction of the bankruptcy court." *In re Cuyahoga Equip. Corp.,* 980 F.2d 110, 114 (2d Cir. 1992). "Congress intended to grant comprehensive jurisdiction to the bankruptcy courts so that they might deal efficiently and expeditiously with all matters connected with the bankruptcy estate." *Celotex,* 514 U.S. at 308, 115 S.Ct. 1493. While "related to" jurisdiction is not "limitless," *id.,* it is fairly capacious, and includes "suits between third parties which have an effect on the bankruptcy estate." *Id.* at 307 n. 5, 115 S.Ct. 1493. "An action is related to bankruptcy if the outcome could alter the debtor's rights, liabilities, options, or freedom of action (either positively or negatively) and which in any way impacts upon the handling and administration of the bankrupt estate." *Id.* at 308 n. 6, 115 S.Ct. 1493.

*VP Osus Ltd. v. UBS AG*, 882 F.3d 333, 340 (2d Cir. 2018).

The claims in this action are related to the bankruptcy proceedings because: (1) a determination of the liability, if any, of the non-debtor defendants could have res judicata and prejudicial effect on the Debtors by fixing potential claims against the Debtors, (2) litigating the claims before this Court will take time and resources of the Debtors which would be better spent resolving the claims of all creditors in one forum, and (3) a determination of liability, if any, would reduce the amount of resources that the Debtors could contribute to a plan of reorganization.

The test of the Second Circuit requiring "any conceivable effect on the bankruptcy estate" has been met.  Where the plaintiffs are creditors in the bankruptcy case and stand to potentially receive a distribution from the bankruptcy estate, the litigation is a "core proceeding" and must be referred to the bankruptcy court.  *See 176-60 Union Turnpike v. Howard Beach Fitness Ctr.,* 209 B.R. 307, 311 (S.D.N.Y. 1997) (lease proceeding was "core" and referred to bankruptcy court whereas negligence proceeding against third-parties and not the debtor was "non-core").

Accordingly, this action should be referred to the Bankruptcy Court where the claims can be resolved in one forum as part of the Debtors' reorganization.

## IV.    CONCLUSION

For the reasons set forth herein, the Debtors respectfully request entry of an order referring this action to the United States Bankruptcy Court for the Eastern District of New York, together with such other and further relief as is just and proper.

Dated: New York, New York
       February 11, 2020

                                        MORRISON TENENBAUM PLLC

                                        By:____*/s/ Lawrence F. Morrison*____
                                        Lawrence F. Morrison
                                        Brian J. Hufnagel
                                        87 Walker Street, Floor 2
                                        New York, New York 10013
                                        Tel.: (212) 620-0938
                                        lmorrison@m-t-law.com
                                        bjhufnagel@m-t-law.com
                                        *Bankruptcy Counsel for*
                                        *Defendant Aegis 42, LLC*